85 A.3d 1004

IN THE MATTER OF OWEN CHAMBERS, AN ATTORNEY
AT LAW (ATTORNEY NO. 021382000).

March 20, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court
(DRB 13–249) a decision recommending on the record certified to
the Board pursuant to *Rule.* 1:20–4(f) (default by respondent), that
**OWEN CHAMBERS,** formerly of **NEW BRUNSWICK,** who was
admitted to the bar of this State in 2000, and who has been
suspended from practice since April 9, 2012, be disbarred for
violating *RPC* 1.15(b) (failure to promptly deliver funds to a third
person), *RPC* 8.1(b) (failure to cooperate with disciplinary authori-
ties), *RPC* 8.4(b) (criminal act that reflects adversely on a lawyer's
honesty, trustworthiness, or fitness as a lawyer), *RPC* 8.4(c)
(conduct involving dishonesty, fraud, deceit or misrepresentation),
*RPC* 8.4(d) (conduct prejudicial to the administration of justice),
and *N.J.S.A.* 2C:20–3 (theft by unlawful taking), and *N.J.S.A.*
2C:21–34(a) (third-degree submission of a fraudulent claim for
payment pursuant to a government contract);

And **OWEN CHAMBERS** having failed to appear on the Order
directing him to show cause why he should not be disbarred or
otherwise disciplined;

And good cause appearing;

It is ORDERED that **OWEN CHAMBERS** be disbarred, effec-
tive immediately, and that his name be stricken from the roll of
attorneys; and it is further

ORDERED that **OWEN CHAMBERS** be and hereby is perma-
nently restrained and enjoined from practicing law; and it is
further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **OWEN CHAMBERS** pursuant to *Rule* 1:21–6, including those restrained from disbursement by Order of the Court filed April 9, 2012, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.